FILE COPY



| | | |
|---|---|---|
| BRIAN QUINN<br>Chief Justice | **Court of Appeals** | BOBBY RAMIREZ<br>Clerk |
| PATRICK A. PIRTLE<br>Justice | Seventh District of Texas<br>Potter County Courts Building | |
| JUDY C. PARKER<br>Justice | 501 S. Fillmore, Suite 2-A | MAILING ADDRESS:<br>P. O. Box 9540<br>79105-9540 |
| LAWRENCE M. DOSS<br>Justice | Amarillo, Texas 79101-2449<br>www.txcourts.gov/7thcoa.aspx | (806) 342-2650 |

March 9, 2021

Mark Barrera
THE BARRERA FIRM
424 East Nueva
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Joe L. Lovell
Matthew S. Merriott
LOVELL, LOVELL, ISERN &
FARABOUGH, L.L.P.
112 West 8th Avenue, Suite 1000
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Andrew R. Evans
Donna Peck
SPROUSE SHRADER SMITH P.C.
P.O. Box 15008
Amarillo, TX 79105
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-20-00353-CV, 07-21-00039-CV
Trial Court Case Number:  73551-C

**Style:**   In re The Estate of Magdalena Sanchez McMordie

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc:    Honorable Ana Estevez (DELIVERED VIA E-MAIL)
Joel Forbis (DELIVERED VIA E-MAIL)
Walter P. Wolfram (DELIVERED VIA E-MAIL)